## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDWARD R. BROWN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-297-SLP |
| | ) | |
| STATE OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris Stephens [Doc. No. 12]. The Magistrate Judge recommends that the Court dismiss this action without prejudice for Plaintiff's failure to comply with the Court's Orders [Doc. No. 10] and local rules, including LCvR 5.4 (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."). *See* R&R [Doc. No. 12] at 2-4. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before June 20, 2025. *Id.* at 4. No objection has been filed, nor has an extension of time in which to object been sought or granted.[1]

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED and this action

---

[1] The docket reflects that the R&R was returned as "return to sender," "refused," and "unable to forward." [Doc. No. 11]. Plaintiff is responsible for providing notice of any change of address to the Court. *See* LCvR 5.4; *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 24th day of June, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE